MICHAEL J. HEYMAN
United States Attorney

SETH BEAUSANG
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue #9, Room 253
Anchorage, Alaska 99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Seth.Beausang@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>APPROXIMATELY $61,500.00 IN U.S. CURRENCY,<br><br>    Defendant. | No. 3:25-cv-00188-SLG |

**VERIFIED COMPLAINT FOR
FORFEITURE *IN REM***

Plaintiff, United States of America, by and through counsel, alleges the following:

**I. NATURE OF THE ACTION**

1. This is a civil action in rem brought to enforce the provisions of 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6) for the forfeiture of the Defendant in rem.

//

2. The Defendant is comprised of approximately $61,500.00 in U.S. currency (the "Currency") seized from the residence of Joshua J. Ziegler on or about October 30, 2024.

## II. JURISDICTION AND VENUE

3. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1345 because the United States is the plaintiff and pursuant to § 1355(a) because this is a civil forfeiture action.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1395(b) because the Currency was seized within the District of Alaska.

## III. RELEVANT FACTS

5. On October 30, 2024, Anchorage Police Department (APD) and Drug Enforcement Administration (DEA) Task Force Officer Ryan J. Piscoya (TFO Piscoya) was advised by Anchorage Probation officers that they discovered a large sum of currency during a routine probation search of Ziegler at his residence on East 6th Avenue in Anchorage, Alaska. Ziegler lived at the residence with his girlfriend Lakota Lee Hilburn.

6. Ziegler is a convicted felon with a criminal history that includes felony drug and gun-related convictions in 2012 and a conviction for felon in possession of a firearm in 2019.

7. Hilburn has a 2023 felony drug trafficking conviction.

8. Due to Ziegler's prior history of drug trafficking activities, investigators working with TFO Piscoya obtained and executed a State of Alaska search and seizure warrant at the residence.

*U.S. v. Approx. $61,500.00 in U.S. Currency*
Verified Complaint for Forfeiture In Rem  Page **2** of **6**
Case 3:25-cv-00188-SLG     Document 1     Filed 08/28/25     Page 2 of 6

9. During the search, TFO Piscoya located and seized the Currency, which was located in the northwest bedroom inside an empty, plastic trash can with a white trash bag hanging off the side. The Currency was comprised of 10 stacks of individually bundled $20 bills and two large bundles of what appeared to be $100 bills, in zip up bags.

10. Only Ziegler, Jamie Lynn Guiberson (a babysitter), and the law enforcement officers executing the warrant were present during the search.

11. Guiberson was also under supervision of Anchorage Probation imposed after a 2023 Alaska felony drug conviction.

12. Ziegler was questioned about the Currency and he stated that it was his money that he earned from flipping cars.

13. An Anchorage Airport Police Officer instructed her K-9 partner (Yara) to conduct a sniff of the Currency. K-9 Yara alerted to the odor of controlled substances emitting from the Currency.

14. On May 2, 2024, K-9 Yara completed a 7-week Detector Canine Academy with Kasseburg Canine Training in New Market, Alabama. K-9 Yara was certified in the detection of controlled substances cocaine, heroin, methamphetamine, and fentanyl.

15. Between June 6, 2024, through October 30, 2024, K-9 Yara was commanded to sniff for the presence of controlled substances approximately 104 times during scent detection training and indicated on 101 of the training substances when commanded. K-9 Yara also performs blank training searches where no controlled substances were present. K-9 Yara trains in a variety of environments and items including luggage, parcel boxes, vehicles, barns, residences, fields, and offices as part of her maintenance training.

*U.S. v. Approx. $61,500.00 in U.S. Currency*
Verified Complaint for Forfeiture In Rem   Page **3** of **6**
Case 3:25-cv-00188-SLG   Document 1   Filed 08/28/25   Page 3 of 6

16. Outside the residence was a red Chevy Silverado registered to Hilburn. The officer had K-9 Yara conduct a sniff on the Silverado and K-9 Yara alerted to the odor of controlled substances emanating from the truck.

17. At the time, Hilburn was unemployed. Ziegler worked part-time at a restaurant at the Hotel Captain Cook.

18. DEA timely noticed the Currency for administrative forfeiture.

19. On January 31, 2025, Ziegler filed a claim for the Currency. In his claim, wrote: "I work a fulltime job and can account for my income." He attached several W-2s and a letter from his mother.

20. The W-2s appear to show that Ziegler earned $44,460.64 in net income from the Hotel Captain Cook from January 1, 2023, through November 1, 2024.

21. The letter was purportedly from his mother, who wrote that Ziegler stayed at her residence for a year-and-a-half beginning on December 13, 2022, when he was released from prison, and that she did not charge him rent.

22. The Currency is presently in the possession, custody, or control of the United States and is not presently subject to any judicial restraining order.

23. The Currency was likely furnished or intended to be furnished by any person in exchange for a controlled substance, proceeds traceable to such an exchange, money used or intended to be used to facilitate the sale and exchange of a controlled substance, and/or property, real or personal, which constitutes or is derived from proceeds traceable to a violation of the federal drug laws.

*U.S. v. Approx. $61,500.00 in U.S. Currency*
Verified Complaint for Forfeiture In Rem
Page **4** of **6**
Case 3:25-cv-00188-SLG     Document 1     Filed 08/28/25     Page 4 of 6

24. The Currency is therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6).

## IV. CLAIM FOR RELIEF

WHEREFORE, Plaintiff United States of America prays that:

A. A Warrant In Rem is issued for the arrest of Defendant in rem;

B. That due notice be given to all parties to appear and show cause why the forfeiture should not be decreed;

C. That judgment be entered declaring Defendant in rem be forfeited to the United States of America for disposition according to law, and

D. For such relief as this Court may deem just and proper, together with the costs and disbursements of this action.

RESPECTFULLY SUBMITTED this 28th day of August 2025, in Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

/s/ Seth M. Beausang
SETH M. BEAUSANG
Assistant United States Attorney
United States of America

*U.S. v. Approx. $61,500.00 in U.S. Currency*
Verified Complaint for Forfeiture In Rem
Page **5** of **6**
Case 3:25-cv-00188-SLG   Document 1   Filed 08/28/25   Page 5 of 6

## **VERIFICATION**

I, Ryan J. Piscoya, hereby verify and declare under the penalty of perjury that I am employed as a Task Force Officer with the Drug Enforcement Administration, that I have read the foregoing Verified Complaint for Forfeiture In Rem and know the contents thereof, and that the matters contained in the Verified Complaint are true to the best of my knowledge and belief. The sources of my knowledge and information and the grounds for my belief include official files and records of the United States, publicly available files and historical information, files and records compiled by local and state law enforcement agencies, information supplied to me by other law enforcement officers and other witnesses, as well as my investigation in this case, together with others, as well as my training and experience.

_____
Ryan J. Piscoya
Task Force Officer
Drug Enforcement Administration

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746

*U.S. v. Approx. $61,500.00 in U.S. Currency*
Verified Complaint for Forfeiture In Rem                                                                 Page **6** of **6**
Case 3:25-cv-00188-SLG     Document 1     Filed 08/28/25     Page 6 of 6